# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-2541
_____

VETERAN ROOFING, INC.,

    Appellant,

v.

PRICILLA CHAVEZ and NICHOLAS
CHAVEZ,

    Appellees.

_____

On appeal from the Circuit Court for Bay County.
William S. Henry, Judge.

July 11, 2024


PER CURIAM.

    AFFIRMED.

ROBERTS, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Steven M. Swickle of Steven M. Swickle, P.A., Fort Lauderdale; Michael S. Faragalla of Spiegel & Utrera, P.A., Miami; Eric J. Goldman of Eric J. Goldman, P.A., Fort Lauderdale, for Appellant.

Jeffrey P. Whitton of Whitton Law, Panama City; Mitch Dever, Panama City Beach, for Appellees.